UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

-------------------------------------------------------------X

THE NATIONAL ACADEMY OF TELEVISION : 
ARTS AND SCIENCES, INC. and ACADEMY :
OF TELEVISION ARTS & SCIENCES, :
                                      :

                          Plaintiffs, :          20-cv-7269 (VEC)
                                        :

           -against-                  :           <u>ORDER</u>
                                        :

MULTIMEDIA SYSTEM DESIGN, INC. :
d/b/a "CROWDSOURCE THE TRUTH", :
                                      :

                          Defendant. :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a teleconference is scheduled for **December 2, 2020 at 5:00 p.m.;**

        IT IS HEREBY ORDERED THAT:  Due to a scheduling conflict, the teleconference will

be held on **December 3, 2020 at 4:30 p.m**.   The parties must appear for the conference by

dialing 888-363-4749, using the access code 3121171 and the security code 7269.  Any

recording of the hearing is strictly prohibited.

**SO ORDERED.**

**Date:  December 2, 2020**
     **New York, New York**                          **VALERIE CAPRONI**
                                            **United States District Judge**