IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>*Plaintiffs*,<br><br>v.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH,<br><br>*Defendant*<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH, and JASON GOODMAN,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>*Counterclaim Defendants.* | CIVIL ACTION NO. 20-cv-7269 (VEC) |

**NOTICE OF CROSS-MOTION TO DISMISS AND/OR STRIKE COUNTERCLAIMS**

PLEASE TAKE NOTICE, that upon the Memorandum of Law In Support Of Cross-Motion To Dismiss and/or Strike Counterclaims, a cross-motion is made by Plaintiffs, The National Academy of Television Arts and Sciences and Academy of Television Arts & Sciences (collectively the "Television Academies") before the Honorable Valerie E. Caproni, United States District Judge, located in Courtroom 443 at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY, 10007 for an order pursuant to

- 2 -

Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure to dismiss and/or strike with prejudice all of Counterclaim Plaintiffs Multimedia System Design, Inc.'s and Jason Goodman's counterclaims.

Dated:  December 11, 2020

/s/     *Margaret A. Esquenet*
Samuel V. Eichner (Bar No. SE1967)
samuel.eichner@finnegan.com
Margaret A. Esquenet (admitted pro hac vice)
margaret.esquenet@finnegan.com
B. Brett Heavner (admitted pro hac vice)
b.brett.heavner@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**Attorneys for Plaintiffs**
The National Academy of Television Arts and Sciences and the Academy of Television Arts & Sciences