USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THE NATIONAL ACADEMY OF TELEVISION :
ARTS AND SCIENCES, INC. and ACADEMY :
OF TELEVISION ARTS & SCIENCES, :
:
                                        Plaintiffs, :    20-CV-7269 (VEC)
:
               -against- :    ORDER
:
MULTIMEDIA SYSTEM DESIGN, INC. :
d/b/a "CROWDSOURCE THE TRUTH", :
:
                                  Defendant. :
------------------------------------------------------------X

------------------------------------------------------------X
MULTIMEDIA SYSTEM DESIGN, INC. :
d/b/a "CROWDSOURCE THE TRUTH", and :
JASON GOODMAN :
:
                     Counterclaim Plaintiffs, :
:
             -against- :
:
THE NATIONAL ACADEMY OF TELEVISION :
ARTS AND SCIENCES, INC. and ACADEMY :
OF TELEVISION ARTS & SCIENCES, :
:
:
                   Counterclaim Defendants. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a pretrial conference was held on April 30, 2021;

       IT IS HEREBY ORDERED THAT:

       1. Defendant's revised responses to requests to admit and revised amended verified interrogatory responses to Plaintiff's first set of interrogatories are due by **May 5, 2021.**

2. Defendant must provide at least three dates on which Defendant's deposition may be taken by **May 5, 2021**. All three dates must be after **May 12, 2021**. By the same date, Plaintiff must provide Defendant with at least three dates on which Plaintiff's Rule 30(b)(6) deposition may be taken.

3. Defendant's revised responses to requests for production, including results of the searches using the search terms specified in Plaintiffs' April 21, 2021 letter to Defendant, are due by **May 5, 2021**. Documents to be included in that production include documents responsive to Requests 11 and 12 from Plaintiff's initial requests for production.

4. Defendant's responses to Plaintiff's Second Set of Interrogatories and Requests for Production is due **April 30, 2021**.

5. Plaintiff's amended complaint to add only a claim for attorneys' fees must be filed by **May 7, 2021**. Plaintiff must file both a red-lined copy of the amended complaint and a non-redlined copy by that date.

6. The fact discovery deadline is extended to **May 21, 2021.**

7. A pretrial conference will be held on **May 21, 2021 at 11:30 a.m**. The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 7269. A joint status letter is due by **May 18, 2021**.

**SO ORDERED.**

**Date:** April 30, 2021
New York, New York

VALERIE CAPRONI
**United States District Judge**