USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC. and ACADEMY
OF TELEVISION ARTS & SCIENCES,

                     Plaintiffs,

        -against-

MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a "CROWDSOURCE THE TRUTH",

                     Defendant.
---------------------------------------------------------------X

20-CV-7269 (VEC)

ORDER

---------------------------------------------------------------X
MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a "CROWDSOURCE THE TRUTH", and
JASON GOODMAN

                     Counterclaim Plaintiffs,

        -against-

THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC. and ACADEMY
OF TELEVISION ARTS & SCIENCES,

                     Counterclaim Defendants.
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 21, 2021, a teleconference was held in this case;

      IT IS HEREBY ORDERED THAT:

1. The expert discovery deadline is stayed.

2. This case is referred to Magistrate Judge Wang for supervision of the completion of fact discovery, including Plaintiffs' motion for discovery sanctions, including any motion based on alleged spoliation.

3. Mr. Sweigert's motion to intervene, if any, is due by **June 18, 2021**. *See* Dkt. 75.

   Oppositions are due by **July 16, 2021**. Mr. Sweigert's reply is due by **July 30, 2021**.

**SO ORDERED.**

**Date: May 21, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**