```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE NATIONAL ACADEMY OF TELEVISION         :
ARTS AND SCIENCES, INC., et al.,           :
                                           :   20-CV-7269 (VEC) (OTW)
              Plaintiffs,                  :
                                           :   ORDER
       -against-                           :
                                           :
MULTIMEDIA SYSTEM DESIGN, INC.,            :
                                           :
              Defendant.                   :
                                           :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' May 18, 2021 joint status letter (ECF 71). The parties shall file an updated joint status letter regarding the remaining fact discovery issues by **June 3, 2021**.

**SO ORDERED.**

Dated: May 24, 2021　　　　　　　　　　　　　　　　 _s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　　　　 **Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge