**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC., et al.,

              Plaintiffs,

             -against-

MULTIMEDIA SYSTEM DESIGN, INC.,

              Defendant.

------------------------------------------------------------x

20-CV-7269 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 102. The in-person conference scheduled for August 16, 2021 at 1:30 p.m. is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: August 13, 2021
New York, New York

          *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge