# EXHIBIT A

# Eichner, Samuel

| | |
|---|---|
| **From:** | Jason Goodman (Crowdsource the Truth) <jason@21stcentury3d.com> |
| **Sent:** | Monday, August 23, 2021 3:23 PM |
| **To:** | Larry Klayman |
| **Cc:** | David George Acton Sweigert; ad1-agc@nycourts.gov; nmay@ftc.gov; arosenberg@ftc.gov; igorecki@ftc.gov; mmoeller@ftc.gov; cleach@ftc.gov; ezullow@ftc.gov; balbert@ftc.gov; ablack1@ftc.gov; beau.buffier@ag.ny.gov; dbutrymowicz@ftc.gov; elinor.hoffmann@ag.ny.gov; dhuyett@ftc.gov; Jeremy.Kasha@ag.ny.gov; amy.mcfarlane@ag.ny.gov; public.integrity@ag.ny.gov; Labor.Bureau@ag.ny.gov; ifraud@ag.ny.gov; Intergovernmental.Affairs@ag.ny.gov; Civil.Rights@ag.ny.gov; Letitia.james@ag.ny.gov; tips@thedailybeast.com; tips@forbes.com; tips@nypost.com; tips@dailycaller.com; tips@nbcnewyork.com; tips@cnn.com; tips@propublica.org; j.goodman@21stcentury3d.com; admin@21stcentury3d.com; sales@21stcentury3d.com; support@21stcentury3d.com; Eichner, Samuel; ▮▮▮▮▮▮▮▮▮▮▮▮ Esquenet, Margaret; Heavner, B. Brett; nysag@ag.ny.gov; corporations@dos.ny.gov |
| **Subject:** | Re: Unauthorized corporation operating in New York |

**EXTERNAL Email:**

He thinks I'm referring to my 2 hour call with NY FBI Britney Custer which he already knows all about, he has cc'd her on numerous previous emails. Besides, if they are actually going to do anything it's better if he thinks they aren't. I'm just trying to put the word out that he's crazy without saying anything that he can allege is defamatory. I'm also planting the seed with NATAS lawyers that they're aligned with a crazy guy and if they don't unalign themselves it's gonna give me more evidence to show that they're working together. I also sent this to ▮▮▮▮▮▮▮▮▮▮▮▮ first time I ever emailed that address. Let's see if there's any response. Now that I don't have an attorney whatever I do my attorney can't get sanctioned and I'm not even Pro Se so they could just yell at me and tell me not to do it again.

> On Aug 23, 2021, at 3:05 PM, Larry Klayman <klaymanlaw@gmail.com> wrote:
>
> DO NO SEND THIS OUT TO OTHERS WHERE SWEIGERT CAN SEE THAT THE FBI HAS DONE NOTHING.
>
> OTHERWISE GOOD.
>
> L
>
> On Mon, Aug 23, 2021 at 11:52 AM Jason Goodman <jason@21stcentury3d.com> wrote:
>> To all recipients of David George Sweigert's malicious email,
>>
>> Please disregard this communication from David George Sweigert. Sweigert is an individual who has made public statements against his own interest describing his family history of clinically diagnosed, medically treated schizophrenia.
>>
>> The NIH has said "Scientists have long recognized that many psychiatric disorders tend to run in families, suggesting potential genetic roots. Such disorders include autism, attention deficit hyperactivity disorder (ADHD), bipolar disorder, major depression and **schizophrenia**" Sweigert has also

publicly made statements about his own mentally disabled son, further galvanizing the belief that he may be mentally ill.

A motion addressing this very concern was recently entered in Sweigert v Goodman, and is attached to this message for your review. This is a lawsuit Mr. Sweigert has brought against me in which he demonstrates no damages yet persists in suing for nearly four years.

Mr. Sweigert has also been accused of fomenting several additional lawsuits against me. One of which involves the National Academy of Television Arts and Sciences.  I have alleged Mr. Sweigert caused a fraudulent email message to be sent to the National Academy of Television Arts and Sciences from the email address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Sweigert has also intimidated and threatened my attorneys.  Sweigert has engaged in cyber stalking and cyber harassment of my attorneys and me for years.  Most recently, Sweigert publicized a photograph of my attorney's three year old infant daughter along with a death threat.  This activity resulted in the termination of his web hosting account by Wix.com and caused my attorney to resign and withdraw.  Sweigert's efforts are clearly calculated to help NATAS win their lawsuit against me demonstrating that they are aligned in their purpose.

Now Mr. Sweigert has made a false claim, yet again to the state attorney general.  My corporation is in good standing as I am sure your records reflect.  Mr. Sweigert appears to take any opportunity he can think of to try to harm me.  He has no concern about making false statements to law enforcement.

NYPD, FBI and the Federal Court has so far failed to take steps within their power to curtail Mr. Sweigert's malicious and destructive efforts.   It is my hope that the Attorney General or any of the law enforcement officials who have received this communication can take some action to stop Mr. Sweigert's efforts to harm me that are wasting substantial judicial resources.

> On Aug 23, 2021, at 2:03 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
> Office of the Attorney General
> The Capitol
> Albany, NY 12224-0341
>
> Apparently there is an unauthorized expired corporation conducting business in the State of New York.
>
> This corporation publicly solicits for donations with a new York address.
>
> Your office was informed about this matter three (3) years ago and has taken no action.
>
> See attached.
>
> As a courtesy to your office the news media has been advised.
>
> "I looked up the domain address of the webpage Crowdsource the truth.org, and found

that it had been created on October 20, 2016. Jason Goodman is the registered administrator of this webpage and he gives his business address for his company which is 21stcentury3D, 252 7th Avenue, #6s, New York, New York 10001. The phone number is 212-244-8585."

https://trackingmeroz.wordpress.com/2017/07/13/jason-goodman-in-a-nutshell/

Best,

D. Geo. Sweigert

> On 08/16/2021 9:26 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
> To: Attorney Grievance Committee
>
> Here is the background on John H. Snyder's disassociation with his client.
>
> Best,
>
> D. George Sweigert
>
>> On 06/04/2021 6:43 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>
>> To:
>> Attorney Grievance Committee
>> Supreme Court, Appellate Division
>> First Judicial Department
>> 180 Maiden Lane, 17th Floor
>> New York, New York 10038
>>
>> Please retain the attached for your records as it implicates an attorney in the creation of a document that represents fraud on the court.
>>
>> The Defendant in this case has provided a statement that documents recently submitted to the S.D.N.Y. were prepared with the assistance of a ghost writing attorney, believed to be John Snyder, esq.
>>
>> Best,