USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
THE NATIONAL ACADEMY OF                              :
TELEVISION ARTS AND SCIENCES, INC. ET   :
AL.,                                                                           :        20-CV-7269 (VEC)
                                                                                 :
      -against-                                                    :        ORDER
                                                                                 :
MULTIMEDIA SYSTEM DESIGN, INC.          :
                                                                                 :
      Defendant.                                                  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a show cause hearing is currently scheduled for Tuesday, October 12, 2021 at 3:00 p.m. (*See* Dkt. 122);

    WHEREAS the order scheduling that hearing was not mailed to Counterclaim Plaintiff Goodman, who is currently not represented by counsel.

    IT IS HEREBY ORDERED that the show cause hearing currently scheduled for October 12, 2021 is adjourned to **Monday, October 25, 2021 at 3:00 p.m.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 7269. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

      The Clerk of Court is directed to mail a copy of this order to Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

**Date:  October 8, 2021**  
      **New York, NY**

                                              **VALERIE CAPRONI**  
                                              **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.