AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | | |
|---|---|---|
| The National Academy of Television Arts and Scienc | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-cv-07269-VEC-OTW |
| Multimedia System Design, Inc. d/b/a Crowdsource | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The National Academy of Television Arts and Sciences and Academy of Television Arts & Sciences     .

Date:      12/08/2021

_____
*Attorney's signature*

Mary Kate Brennan
*Printed name and bar number*

Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., NW
Washington, DC 20001
*Address*

MaryKate.Brennan@finnegan.com
*E-mail address*

(202) 408-4000
*Telephone number*

(202) 408-4400
*FAX number*