IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>*Plaintiffs*,<br><br>v.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH,<br><br>*Defendant* | CIVIL ACTION NO. 20-cv-7269 (VEC) |
| MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH, and JASON GOODMAN,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>*Counterclaim Defendants*. | **NOTICE OF WITHDRAWAL OF SAMUEL V. EICHNER AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that, I, Samuel V. Eichner, of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, hereby withdraw as counsel of record for Plaintiffs, The National Academy of Television Arts and Sciences, Inc. and Academy of Television Arts & Sciences because I will be leaving Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as of December 14, 2021.  Plaintiffs continue to be represented in this matter by other counsel of record at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.  I respectfully request that my name and email address be removed from the official docket.

1

Dated: December 15, 2021                    Respectfully submitted,

                                                               _s/ *Samuel V. Eichner*_
                                                               Mary Kate Brennan (Bar No. MB5595)
                                                               MaryKate.Brennan@finnegan.com
                                                               Margaret A. Esquenet (admitted *pro hac vice*)
                                                               margaret.esquenet@finnegan.com
                                                               B. Brett Heavner (admitted *pro hac vice*)
                                                               b.brett.heavner@finnegan.com
                                                               FINNEGAN, HENDERSON, FARABOW,
                                                                GARRETT & DUNNER, LLP
                                                               901 New York Avenue, NW
                                                               Washington, DC 20001
                                                               Telephone: (202) 408-4000
                                                               Facsimile: (202) 408-4400

                                                               **Attorneys for Plaintiffs**
                                                               The National Academy of Television Arts and
                                                               Sciences and the Academy of Television Arts &
                                                               Sciences

**SO ORDERED.**

Dated: _____, 2021                   _____
                                                               Honorable Valerie E. Caproni
                                                               United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 15, 2021.

                                                               _s/ *Samuel V. Eichner*_