USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE NATIONAL ACADEMY OF TELEVISION :
ARTS AND SCIENCES, INC. and ACADEMY :
OF TELEVISION ARTS & SCIENCES, :
  :
                                 Plaintiffs,   :       20-CV-7269 (VEC)
  :
              -against-             :           ORDER
  :
MULTIMEDIA SYSTEM DESIGN, INC. :
d/b/a "CROWDSOURCE THE TRUTH", :
  :
                                 Defendant.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff filed this lawsuit on September 4, 2020, *see* Dkt. 1;

       WHEREAS Defendant was originally represented by counsel, *see, e.g.*, Dkt. 11;

       WHEREAS on August 13, 2021, the Court relieved counsel for Defendant and directed that new defense counsel must file a notice of appearance no later than November 15, 2021, or else the Court would issue an order to show cause why Plaintiff should not be entitled to a default judgment against Defendant;

       WHEREAS no new counsel appeared on behalf of Defendant by November 15, 2021;

       WHEREAS on November 16, 2021, the Court ordered Defendant to show cause in writing by November 30, 2021 why Plaintiff should not be entitled to a default judgment, *see* Dkt. 131;

       WHEREAS on November 23, 2021, Defendant requested a 90-day extension of time to obtain new counsel, *see* Dkt. 132;

       WHEREAS on November 24, 2021, the Court granted Defendant's request in part, directing that new defense counsel must file a notice of appearance no later than December 15,

2021, or else Defendant must, no later than December 31, 2021, show cause in writing why Plaintiff should not be entitled to a default judgment, *see* Dkt. 134;

WHEREAS no new counsel appeared on behalf of Defendant by December 15, 2021; and

WHEREAS Defendant failed to show cause by December 31, 2021 why Plaintiff should not be entitled to a default judgment;

IT IS HEREBY ORDERED that Plaintiffs must, no later than **January 10, 2022**, move for default judgment against Defendant.

**SO ORDERED.**

Date:  January 3, 2022
       New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**