USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC. and ACADEMY
OF TELEVISION ARTS & SCIENCES,

                              Plaintiffs,

               -against-

MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a "CROWDSOURCE THE TRUTH",

                              Defendant.
-------------------------------------------------------------- X

20-CV-7269 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 3, 2022, the Court ordered Plaintiffs to move for default judgment against Defendant by January 10, 2022, *see* Dkt. 140;

       WHEREAS on January 10, 2022, Plaintiffs moved for default judgment, *see* Dkts. 142–44; and

       WHEREAS, as part of Plaintiffs' proposed default judgment order, they included the following: "Defendant must remove each of the Twitter posts and YouTube videos identified in Plaintiffs' Amended Complaint containing false accusations and claims regarding Plaintiffs and Mr. Adam Sharp, as well as any other previously or subsequently posted Tweets, YouTube videos, or other statements previously or subsequently posted online and on social media which expressly target Plaintiffs or Adam Sharp," *see* Dkt. 144 at 3;

       IT IS HEREBY ORDERED that Plaintiffs must, no later than **January 31, 2022**, submit briefing of not more than 5 double spaced pages providing authority for the Court to include such an order as part of the default judgment.

IT IS FURTHER ORDERED that, if Defendant retains counsel and wants to respond to any portion of Plaintiffs' motion for a default judgment, it must do so by **February 11, 2022**. Any such counsel for Defendant should file a notice of appearance promptly.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order on Defendant by mail and note service on the docket.

**SO ORDERED.**

Date:  January 12, 2022
       New York, NY

                              **VALERIE CAPRONI**
                             **United States District Judge**