## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>    *Plaintiffs*,<br><br>   v.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a "CROWDSOURCE THE TRUTH",<br><br>    *Defendant*. | 20-cv-07269 (VEC) |

Per the Court's January 12, 2022 Order (Dkt. 145), Plaintiffs The National Academy of Television Arts and Sciences and the Academy of Television Arts & Sciences served the Court's January 12, 2022 Order on Defendant Multimedia System Design, Inc. d/b/a "Crowdsource The Truth" via first class mail to 252 7th Avenue #6s, New York, New York 10001 on January 12, 2022.

| | |
|---|---|
| Dated: January 12, 2022 | Respectfully submitted,<br><br>  */s/ Mary Kate Brennan*<br>Mary Kate Brennan<br>MaryKate.Brennan@finnegan.com<br>Margaret A. Esquenet (admitted *pro hac vice*)<br>B. Brett Heavner (admitted *pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>*Attorneys for Plaintiffs* |