IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES,<br><br>      Plaintiff,<br><br>vs.<br><br>MULTIMEDIA SYSTEM DESIGN, INC.,<br><br>      Defendant | Case No.: 20-cv-07269-VEC-OTW<br><br>**NOTICE OF APPEAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2022

Notice is hereby given that JASON GOODMAN, Movant-Appellant, Proposed Intervenor, Agent/Sole Shareholder for MULTIMEDIA SYSTEM DESIGN, INC., defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order issued February 22, 2022 (*See* 1:20-cv-07269-VEC-OTW ECF No. 156).

Signed this 20th day of March 2022

Respectfully submitted,

_____
Jason Goodman, Movant-Appellant, Proposed Intervenor, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org