IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES

Plaintiffs,

v.

MULTIMEDIA SYSTEM DESIGN, INC,

Defendant

Case No.: 20-cv-07269-VEC-OTW

**CERTIFICATION OF JASON GOODMAN**

Jason Goodman ("Goodman") by and for himself pro se comes now to certify under penalty of perjury that he has filed a copy of the Order at ECF No. 156 in each of the following cases and that these represent all the cases in which Goodman or any company in which Goodman is a majority shareholder is party.

Goodman v Bouzy et al, Goodman v Sharp et al, Sweigert v Goodman, and Steele et al v Goodman. Copies of filing receipts are attached for each **(EXHIBIT A)**

Signed this 21st day of March 2022

Respectfully submitted,

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**(EXHIBIT A)**

**From:** **Jason Goodman** truth@crowdsourcethetruth.org
**Subject:** Goodman v Bouzy et al 1:21-cv-10878-AT-JLC Judicial Notice
**Date:** March 21, 2022 at 9:16 PM
**To:** Temporary_Pro_Se_Filing@nysd.uscourts.gov





Goodman v Bouzy…its.pdf

**From:** **Temporary Pro Se Filing NYSD** temporary_pro_se_filing@nysd.uscourts.gov
**Subject:** Acknowledgment of Receipt
**Date:** March 21, 2022 at 9:17 PM
**To:** Jason Goodman truth@crowdsourcethetruth.org



Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Required Standards for Filing by Email:
- Documents must be attached to the email in PDF format, no larger than 10 megabytes;
- The email and attached document must contain the case number, filer's name, address, and telephone number;
- Documents must be signed by the filing party by either
    - (a) signing by hand and then scanning the document;
    - (b) signing electronically using a digital signature; or
    - (c) by typing: "s/Filer's Name;"
- Any additional comments, questions, or other messages in the email will be disregarded;
- Any additional correspondence included in the email will be disregarded.

If your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing.  If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 11:00 AM to 2:00 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

For more information on the Standards for Filing by Email go to: https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf



**From:** no-reply@mied.uscourts.gov
**Subject:** Pro Se Document Submission
**Date:** March 21, 2022 at 8:54 PM
**To:** truth@crowdsourcethetruth.org

# Pro Se Document Submission

Filer's Name: Jason Goodman

Filer's Email: truth@crowdsourcethetruth.org

Filer's Phone: 323-744-7594

Case Number: 22cv10002GADKGA

Filer's Signature: S/ Jason Goodman

---

File 1: Uploaded as "Judicial Notice Drain02 with exhibits300.pdf", saved and attached as "File_1_ProSe_20220321_20_53_57_264.pdf"
Description: Judicial notice of related filing

I agree to each of the following:

1. I am intending to file the attached document(s) with the court.
2. I am not a licensed attorney, e-filer or submitting on behalf of an incarcerated party.
3. If filing a new case and paying the filing fee, the payment information will be sent in a separate email. Do not upload summons until payment of the filing has been received or directed to do so by the Court.

For technical assistance, please call (313) 234-5025.

ORIGIN ID:TSSA (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE
NEW YORK, NY 1000
UNITED STATES US
SHIP DATE: 21MAR22
ACTWGT: 1.00 LB
CAD: 3250694/INET4460
BILL SENDER
TO FERNANDO GALINDO
U.S. DISTRICT COURT EDVA
701 BROAD STREET
RICHMOND VA 23219
(804) 916-2220
INV:
PO:
REF:
DEPT:
FedEx Express
E
TRK# 0201 7763 5648 1043
TUE - 22 MAR 4:30P
STANDARD OVERNIGHT
EL GVEA
23219
VA-US RIC
FedEx
Pull to open.

