

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
WWW.FINNEGAN.COM

**MEMO ENDORSED**

**MARY KATE BRENNAN**
202.408.4340
marykate.brennan@finnegan.com

April 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022

<u>VIA ECF</u>

Honorable Valerie E. Caproni
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

  Re: *The National Academy of Television Artis and Sciences, Inc., et al. v. Multimedia System Design, Inc.*
    <u>Civil Action No. 20-cv-07269-VEC-OTW</u>

Your Honor:

 We represent Plaintiffs The National Academy of Television Arts and Sciences, Inc. and Academy of Television Arts & Sciences (collectively, "the Academies") in the above-captioned matter. On February 22, 2022, the Court issued an order (Dkt. 157) that in part requires the parties to "either return all Confidential Discovery Material - including all copies thereof - to the Producing Party, or, upon permission of the Producing Party, destroy such material - including all copies thereof" within 60 days of the order. *Id*.

 On March 30, 2022, Defendant filed a notice of appeal (Dkt. 158). In light of the pending appeal before the United States Court of Appeals for the Second Circuit, the Academies respectfully request that their requirement to return or destroy all Confidential Discovery Material in this case be stayed pending the appeal.

            FINNEGAN, HENDERSON, FARABOW,
             GARRETT & DUNNER, LLP

            */s/ Mary Kate Brennan*
            Mary Kate Brennan
            marykate.brennan@finnegan.com

Honorable Valerie E. Caproni
Page 2

B. Brett Heavner (admitted *pro hac vice*)
b.brett.heavner@finnegan.com
901 New York Avenue NW
Washington, DC  20001
Telephone:     (202) 408-4000

*Attorneys for Plaintiffs*

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*  Date: 4/26/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP