IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. AND ACADEMY OF TELEVISION ARTS & SCIENCES<br><br>*Plaintiff*,<br><br>vs.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. D/B/A "CROWDSOURCE THE TRUTH".,<br><br>*Defendants* | Case No.: 20-cv-07269-VEC-OTW<br><br>**CERTIFICATE OF SERVICE** |

Jason Goodman ("Goodman") plaintiff pro se served the letter response (Dkt. 161) to defendants via email at the following addresses:

"Katz, Seth" seth.katz@finnegan.com
"Brennan, Mary Kate" MaryKate.Brennan@finnegan.com
"Esquenet, Margaret" margaret.esquenet@finnegan.com
"Heavner, B. Brett" b.brett.heavner@finnegan.com
"Rosie.Norwood-Kelly@finnegan.com"

Signed this 26th day of April 2022

Respectfully submitted,

_____
Jason Goodman, Appelant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1