D. G. SWEIGERT, C/O<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 13, 2023

*NATAS v. MSDI,* 1:20-cv-07269-VEC-OTW

Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ: Permission to seek leave of the court as an amicus interested party

Your Honor,

1. By the leave of the Court, the undersigned (in the capacity of a proposed amicus) wishes to advise this Court of the attached order issued by the U.S. Second Circuit Court of Appeals concerning Jason Goodman's intentions to file a F.R.C.P. Rule 60(b)(3) motion in this action.

2. Also attached is an additional order that has authorized the undersigned to docket an amicus brief in Mr. Goodman's appeal.

3. Given the gravity of Mr. Goodman's allegations that Your Honor conspired with Adam Sharp, it may be appropriate to allow the undersigned to provide the Court with instructive materials in an amicus brief about Mr. Goodman's recent social media broadcasts concerning this conspiracy theory.

4. On January 10th, 2023 Mr. Goodman published a "CrowdSource the Truth" video regarding a meeting he had with Rep. James Comer, R-Kentucky. The gist of this meeting was Mr. Goodman's presentation of his conspiracy theory which includes Your Honor, Adam Sharp and the undersigned. This conspiracy theory is known as the "Twitter Manifesto", as it concludes that Your Honor and Adam Sharp directed Twitter to violate Amendments I and IV of the U.S. Constitution following a C-SPAN appearance in 2008.

Signed this 13th day of January 2023.

*[signature: D. Swt]*<br>
**D.G. SWEIGERT, PRO SE AMICUS**

## CERIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

and

sam.eichner@pillsburylaw.com,

heavnerb@finnegan.com,

margaret.esquenet@finnegan.com,

MaryKate.Brennan@finnegan.com

Certified under penalties of perjury.

Signed this 14th day of January 2023.

*D. Snt*   **PRO SE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-three.

Before:     Sarah A. L. Merriam,
               *Circuit Judge,*

_____

| | |
|---|---|
| The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences, | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 22-592 |
| v. | |
| Jason Goodman, | |
|     Counter-Claimant-Counter-Defendant-Appellant, | |
| Multimedia System Design, Inc., DBA Crowdsource the Truth, | |
|     Defendant-Counter-Claimant-Counter-Defendant. | |

_____

     Appellant, pro se, moves for an extension of time to file his reply brief pending filing of a Rule 60(b)(3) motion in the district court and supplementation of the record.

     IT IS HEREBY ORDERED that the motion is granted, in part, over objection, in light of Appellant's self-represented status. Appellant shall file any reply brief on or before January 26, 2023. No further extensions of this deadline will be granted.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court



# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-three.

_____

The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences,

     Plaintiffs - Appellees,

v.

Jason Goodman,

     Counter-Claimant-Counter-Defendant-Appellant.

**ORDER**

Docket No. 22-592

_____

     D. George Sweigert moves for leave to file an amicus curiae brief.

     IT IS HEREBY ORDERED that decision on the motion is DEFERRED. Within 14 days of the date of this order D. George Sweigert must submit his proposed amicus curiae brief. Failure to timely file the brief will result in this motion being denied without prejudice.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court