IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a "CROWDSOURCE THE TRUTH",<br><br>Defendant<br><br>JASON GOODMAN<br><br>       Proposed<br><br>COUNTER-CLAIMANT-COUNTER-<br>          DEFENDANT-APPELLANT | Case No.: 20-cv-07269-VEC-OTW<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that Proposed Defendant-Intervenor, Jason Goodman, served defendants' counsel with a copy of the RESPONSE TO THE ACADEMIES' OPPOSITION TO PROPOSED DEFENDANT-INTERVENOR JASON GOODMAN'S MOTION FOR RELIEF FROM JUDGMENT via email.

        Margaret Esquenet margaret.esquenet@finnegan.com

        Brett Heavner b.brett.heavner@finnegan.com

        Seth Katz seth.katz@finnegan.com

        Mary Kate Brennan MaryKate.Brennan@finnegan.com

CERTIFICATE OF SERVICE - 1

Signed this 19th day of January 2023

Respectfully submitted,

                         Jason Goodman, Plaintiff, Pro Se
                         252 7th Avenue Apt 6s
                         New York, NY 10001
                         (323) 744-7594
                         truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 2