1:20-cv-07269-VEC-OTW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 13 2023

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three,

The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences,

  Plaintiffs - Appellees,

v.

Jason Goodman,

  Counter-Claimant-Counter-Defendant-Appellant.

**STATEMENT OF COSTS**

Docket No. 22-592

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,467.40 in favor of Appellees The National Academy of Television Arts and Sciences, Inc. and Academy of Television Arts & Sciences.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

