D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 4, 2023

*NATAS v. MSDI,* 20-CV-7269 (VEC)

U.S. District Judge Honorable Valerie E. Caproni
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Failure of Jason Goodman to advise the Court of pre-filing order in new litigation

Your Honor,

1.   Jason Goodman is subject to a pre-filing order contained in ECF no. 156 Filed 02/22/22, quoting in relevant part: *To accomplish this, Mr. Goodman must, until February 22, 2024, file a copy of this Order in every lawsuit in which he or any company in which he is a majority shareholder is a party.*   He has not.

2.   The S.D.N.Y. action in question is listed below:

*Goodman v. The City of New York & X CORP* et al, 23-cv-09648-UA, filed 10/31/2023

Respectfully,     Signed 11/04/2023

**D.G. SWEIGERT, AMICUS**

**CERTIFICATE OF SERVICE**

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,     Signed this November 4th, 2023 (11/04/2023)

**D.G. SWEIGERT, AMICUS**