USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC. and ACADEMY
OF TELEVISION ARTS & SCIENCES,

                             Plaintiffs,                  20-CV-7269 (VEC)

              -against-                          ORDER

MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a "CROWDSOURCE THE TRUTH",

                            Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 22, 2022, the Court ordered Jason Goodman, the sole shareholder and employee of Defendant MSD, to file a copy of the Court's Order at Dkt. 156 (hereafter "the Order") "in every lawsuit in which he or any company in which he is a majority shareholder is a party. This Order applies whether the lawsuit is in state court or federal court and whether Mr. Goodman or his company is represented or *pro se*. Should he fail to do so, that would be a contempt of this Court's Order and would be punished accordingly"; and

       WHEREAS on October 31, 2023, Mr. Goodman filed a complaint in *Goodman v. The City of New York & X Corp. et al*, No. 23-CV-9648, and failed to file a copy of the Order.

       IT IS HEREBY ORDERED THAT by no later than **November 28, 2023**, Mr. Goodman must show cause why, in light of the lack of a specific deadline in the Order by which Mr. Goodman must file it in newly-commenced lawsuits, the Court should not amend it to require him to file the Order within one week of commencing any new lawsuit and ordering him to promptly file the Order in No. 23-CV-9648 and in any other lawsuit commenced since his last certification.

The Clerk of Court is respectfully directed to mail a copy of this Order to Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

Date:  **November 8, 2023**
       **New York, New York**

       **VALERIE CAPRONI**
       **United States District Judge**