**MEMO ENDORSED**



```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 11/29/2023      │
└─────────────────────────────┘
```

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 23, 2023

*NATAS v. MSDI,* 1:20-cv-07269-VEC-OTW

Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:  Permission to seek leave of the court as an amicus interested party

Dear Judge Caproni,

1.      By the leave of the Court, the undersigned (in the capacity of a proposed amicus) wishes to advise this Court of the attached document pursuant to Federal Rule of Evidence rule 201(b) that Jason Goodman is a defendant in a federal action pending in Indiana.

Respectfully,

Signed this 23rd day of November 2023 (11/23/2023)

*[signature]*

**D.G. SWEIGERT, PRO SE AMICUS**

---

Application DENIED.  Per the Court's Endorsement at Dkt. 135, the Court reminds Mr. Sweigert that he is directed not to file anything further in this matter.

SO ORDERED.                    11/29/2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Query    Reports    Utilities    Help    Log Out

NOD

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:23-cv-01228-JRS-MG

SWEIGERT v. GOODMAN et al  
Assigned to: Judge James R. Sweeney II  
Referred to: Magistrate Judge Mario Garcia  
Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 07/12/2023  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Federal Question

**Plaintiff**

**D.G. SWEIGERT**                         represented by   **D.G. SWEIGERT**  
                                                          514 Americas Way  
                                                          Box Elder, SD 57719  
                                                          PRO SE

V.

**Defendant**

**JASON GOODMAN**                         represented by   **JASON GOODMAN**  
                                                          .  
                                                          PRO SE

**Defendant**

**21ST CENTURY 3D**                       represented by   **21ST CENTURY 3D**  
                                                          .  
                                                          PRO SE

**Defendant**

**CROWDSOURCE THE TRUTH**                 represented by   **CROWDSOURCE THE TRUTH**  
                                                          .  
                                                          PRO SE

**Defendant**

**PATREON, INC.**                         represented by   **PATREON, INC.**  
*A Delaware Corporation*                                  .  
                                                          PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2023 | 1 | COMPLAINT against 21ST CENTURY 3D, CROWDSOURCE THE TRUTH, JASON GOODMAN, filed by D.G. SWEIGERT. (No fee paid with this filing) (CCG) (Entered: 07/13/2023) |
| 07/13/2023 | 2 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (CCG) (Entered: 07/13/2023) |
| 07/13/2023 | 3 | Notice to File Rule 7.1 Disclosure Statement. (RAGS) (CCG) (Entered: 07/13/2023) |
| 08/05/2023 | 4 | NOTICE of Change of Address for D.G. SWEIGERT. Address updated from 514 Americas Way Box Elder, SD 57719 to 1522 Vance Avenue, Fort Wayne, Indiana 46805. (JSR) (Entered: 08/07/2023) |
| 08/31/2023 | 5 | NOTICE to Pro se Litigant - The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. (Copy mailed to Plaintiff.) (LBT) (Entered: 08/31/2023) |
| 09/10/2023 | 6 | Supplemental Complaint Evidence aka Request for Judicial Notice, filed by Plaintiff D.G. SWEIGERT. (Attachments: # 1 Exhibits) (JSR) (Entered: 09/11/2023) |
| 09/27/2023 | 7 | NOTICE OF DEFICIENCY - Your complaint has been received. You shall have through October 27, 2023 in which to either pay the $402 filing fee for this action or demonstrate that you lack the financial ability to do so by filing a motion for leave to proceed without the prepayment of the filing fee (in forma pauperis). A form motion for leave to proceed without the prepayment of the filing fee is being provided for your use. Failure to correct the deficiency |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
----------------------------------------------------------------------X

                D. G. SWEIGERT

                      Plaintiff,

      -against-

           JASON GOODMAN et al
                  Defendant.
----------------------------------------------------------------------X

1:23-cv-01228-JRS-MG

**CERTIFICATE OF SERVICE**

**FILED**
**11/22/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the MOTION TO STAY PROCEEDINGS FOR INVESTIGATION INTO FRUAD ON THE COURT via USPS.

    David George Sweigert

    514 Americas Way

    Box Elder SD 57719

Dated: New York, New York November 22, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

NOTICE OF MOTION TO STAY PROCEEDINGS FOR INVESTIGATION INTO FRUAD ON THE COURT     1