IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     20-cv-07269-VEC-OTW

THE NATIONAL ACADEMY OF TELEVISION ARTS
AND SCIENCES, INC., and ACADEMY OF                           **NOTICE OF APPEAL**
TELEVISION ARTS & SCIENCES,

                              Plaintiff,
                              -against-

JASON GOODMAN

               Real Party Defendant in Interest.
-------------------------------------------------------------------X

     Notice is hereby given that JASON GOODMAN, Real Party Defendant in Interest in the above-named case, who was denied his right to a fair trial and equal protection under the law by a fraud upon the court perpetrated by Plaintiffs, non-party David George Sweigert, ("Sweigert") and judge Valerie Caproni, as explained in the Motion to Vacate Void Judgments, (Dkt. 184), hereby appeals to the United States Court of Appeals for the Second Circuit from the November 29, 2023, order (*See* 1:20-cv-07269-VEC-OTW ECF No. 186), because the motion is not frivolous, none of the facts or allegations have been refuted and they cannot be.  The order, along with each and every other ruling and judgment in this case, is void pursuant to FRCP Rule 60(b)(4), and hereby appealed to the Second Circuit Appellate Court.

                                                Dated: New York, New York December 4, 2023

                                                              Respectfully submitted,

                                                                     Jason Goodman
                                              Pro Se Real Party in Interest Defendant
                                                       truth@crowdsourcethetruth.org
                                                             252 7th Avenue Apt 6s
                                                                New York, NY 10001
                                                                      347-380-6998