IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK         20-cv-07269-VEC-OTW
----------------------------------------------------------------------X

THE NATIONAL ACADEMY OF TELEVISION ARTS            **RESPONSE IN**
AND SCIENCES, INC., and ACADEMY OF                 **OPPOSITION AND TO**
TELEVISION ARTS & SCIENCES,                        **STRIKE NON-PARTY**
                          Plaintiff,               **FILING**
                   -against-

JASON GOODMAN

                          Defendant.
----------------------------------------------------------------------X

      REAL PARTY DEFENDANT IN INTEREST in this matter, as acknowledged in Judge Caproni's Order, (Dkt. 186 page 73) Jason Goodman, ("Goodman") by and for himself pro se, respectfully moves the Court to strike the scurrilous, false, and inappropriate non-party filing made by repeatedly admonished but never sanctioned, vexatious serial harasser and putatively mentally ill, obsessed cyber stalker, David George Sweigert, ("Sweigert") (Dkt. 188);

      1.      Sweigert is well known to this Court and more accurately described as Judge Caproni's henchman than Goodman's nemesis.  If Sweigert is not participating in an unlawful FBI Undercover Operation, ("FBI UCO") designed to harass the law-abiding Goodman, there is no alternate explanation for the unjust and excessively lenient treatment afforded him by former FBI General Counsel, and congressionally accused serial trespasser of law Judge Caproni. (https://web.archive.org/web/20100419051249/http:/judiciary.house.gov/news/100414.html)

      2.      On March 21, 2022, Goodman filed a request for judicial notice in *Goodman v Bouzy* (*See* Case 1:21-cv-10878-AT-JLC Document 22), which included an unenforceable legal nullity, the void order, pursuant to FRCP Rule 60(b)(4), which was issued by Judge Caproni in violation of the U.S. Constitution and Goodman's Fourteenth Amendment Rights, (Dkt. 156).

3. Judge Caproni acted ultra vires and beyond her judicial authority when she issued the void order outside all jurisdiction and in violation of Goodman's right to due process and equal protection under the law. (*See* Case 1:21-cv-10878-AT-JLC Dkt. 22 Page 4 "EXHIBIT A")

4. On March 21, 2002, the sole and exclusive Real Party Defendant in Interest in this matter, Goodman, moving pro se as ordered by this Court, filed a Certification in this case (Dkt. 159) alerting the Court to relevant filings in *Goodman v Bouzy* and *Steele v Goodman*.

5. Serial cyber stalker and obsessed vexatious non-party Sweigert, has not only inappropriately affected the outcome of this case by illegally harassing Goodman's former attorney Jonathan Snyder, he also violated multiple existing orders, (See Dkt. Nos. 119, 127, 135, and 187), FRCP Rule 11, and committed perjury when he filed a scurrilous letter motion that included known false statements, or statements he reasonably should have known were false at the time. These statements were maliciously entered with the sole intent of harming Goodman.

6. Sweigert is a repeatedly non-compliant, vexatious non-party who fatally disrupted these proceedings when he deliberately destroyed Goodman's relationship with his attorney, as cited in the Declaration of John H. Snyder (Dkt. 102-2). Judge Caproni took no action. Goodman argues now this continued posture is equal to cooperation. Judge Caproni has directly enabled Sweigert's illegal behavior throughout these proceedings and across other matters and outside all jurisdiction, making her complicit in Sweigert's harassment of Goodman. Sweigert must be enjoined from any further such activity. These facts can no longer be ignored.

7. On September 8, 2021, the inconsistent, self-contradictory Court said, "[b]ecause Mr. Sweigert is not a party in this action, the Court will not consider the documents filed at docket entries 115 or 116," (Dkt. 119). Then on November 2, 2021, the Court said, "[a]s Mr. Sweigert is not a party to this case, the Clerk of Court is respectfully directed to strike docket

entry 125 from the record" (Dkt. 127).  On November 24, 2021, Judge Caproni admonished non-party Sweigert slightly more sternly this time, saying, "[a]s Mr. Sweigert is not a party to this case, the Clerk of Court is respectfully directed to strike docket entry 133 from the record. **Mr. Sweigert is directed not to file anything further in this matter** [emphasis added]," (Dkt. 135).

8. On November 29, 2023, Judge Caproni repeated her most recent, toothless, friendly reminder, stating, "the Court reminds Mr. Sweigert that he is directed not to file anything further in this matter" but once again taking no meaningful action and making no attempt to actually curtail Sweigert's continuously damaging, illegal stalking and harassment.

9. Despite all of his clearly illegal disruption of this case and others, and despite all of the completely uncharacteristic and excessively polite warnings from Judge Caproni, Sweigert still has not been sanctioned or even meaningfully admonished to compel his compliance with orders while Goodman is sanctioned for complying.  Sweigert's vexatious filings must be stricken from the record, and he must be enjoined from any further filings against Goodman in this or any other matter and sanctioned for his repeated, deliberate, failure to comply with orders.

## CONCLUSION

For the reasons stated herein, the Court should strike the filing (Dkt. 188) and enjoin Sweigert from any further contact whatsoever with Goodman.

Dated: New York, New York December 4, 2023

Respectfully submitted,

Jason Goodman
Pro Se Real Party in Interest Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

RESPONSE IN OPPOSITION AND TO STRIKE NON-PARTY FILING                 3