District Judge Valerie Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 1:20-cv-07269-VEC-OTW
*The National Academy of Television Arts and Sciences, Inc., and Academy of Television Arts & Sciences, v Multimedia System Design, Inc.  D/B/A "Crowdsource the Truth"*

Dec 4, 2023

Dear Judge Caproni,

1. It is hereby certified under penalty of perjury, I filed requests for judicial notice and included the Order, (Dkt. 156) as "EXHIBIT A" in the following cases via pro se email filing in SDNY and SDIND on December 4, 2023;

    i. Sweigert v Goodman SDIND 1:23-cv-01228-JRS-MG

    ii. Sweigert v Goodman SDNY 1:23-cv-05875-JGK (consolidated with 1:23-cv-06881-JGK-VF)

    iii. Goodman v the City of NY SDNY 23-cv-09648-JGLC-GWC

Sworn and Dated: New York, New York December 4, 2023

Respectfully submitted,

Jason Goodman
Pro Se Real Party Defendant in Interest
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998