# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023

District Judge Valerie Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 1:20-cv-07269-VEC-OTW
*The National Academy of Television Arts and Sciences, Inc., and Academy of Television Arts &
Sciences, v Multimedia System Design, Inc.  D/B/A "Crowdsource the Truth"*

Dec 4, 2023

Dear Judge Caproni,

1. It is hereby certified under penalty of perjury, I filed requests for judicial notice and
   included the Order, (Dkt. 156) as "EXHIBIT A" in the following cases via pro se
   email filing in SDNY and SDIND on December 4, 2023;

   i. Sweigert v Goodman SDIND 1:23-cv-01228-JRS-MG

   ii. Sweigert v Goodman SDNY 1:23-cv-05875-JGK (consolidated with 1:23-cv-
       06881-JGK-VF)

   iii. Goodman v the City of NY SDNY 23-cv-09648-JGLC-GWC

Sworn and Dated: New York, New York December 4, 2023

Respectfully submitted,

Jason Goodman

~~Pro Se Real Party Defendant in Interest~~
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

The first case noted, No. 23-cv-01228 is not the identified case.  Defendant must file a letter no later than **December 11, 2023** in this case including an accurate case number.  The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at: 252 7th Avenue #6s, New York, NY 10001.

SO ORDERED.

12/6/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE