USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
THE NATIONAL ACADEMY OF TELEVISION       :
 ARTS AND SCIENCES, INC. and ACADEMY     :
 OF TELEVISION ARTS & SCIENCES,          :
                                         :
                         Plaintiffs,     :        20-CV-7269 (VEC)
                                         :
         -against-                       :        ORDER
                                         :
MULTIMEDIA SYSTEM DESIGN, INC.           :
d/b/a "CROWDSOURCE THE TRUTH",           :
                                         :
                         Defendant.      :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 28, 2023, Mr. Goodman, a principal of Multimedia System Design, Inc., the Defendant in this case, filed a Motion to Vacate this Court's prior orders, *see* Dkt. 184;

WHEREAS on November 29, 2023, the Court denied the motion as frivolous, *see* Dkt. 185;

WHEREAS on November 29, 2023, D.G. Sweigert, who also is not a party in this action, filed a letter the subject of which was: "permission to seek leave of the court as an amicus interested party", *see* Dkt. 188;

WHEREAS on December 4, 2023, in a filing designated as a Motion to Strike a non-party filing, Mr. Goodman changed the case caption to include his name, rather than the actual Defendant's name, as the Defendant and stated in that filing that the Court has acknowledged that he is the real party defendant in interest, *see* Dkt. 190.

IT IS HEREBY ORDERED THAT the Clerk of Court must strike docket entries 182, 188 and 190 from the record as neither Mr. Goodman nor Mr. Sweigert is a party in this case.

2

IT IS FURTHER ORDERED that, absent an Order authorizing him to do so, Mr. Goodman may not file anything further in this matter.  By way of clarification, the Court's Endorsement at Dkt. 186 was not intended to indicate that Mr. Goodman, a principal of the Defendant in this case, is a real party in interest in that case.  That motion was denied as frivolous because it had no bearing on the underlying issues in this case, as to which a final judgment was entered on February 22, 2022.

IT IS FURTHER ORDERED that, absent an Order authorizing him to do so, Mr. Sweigert may not file anything further in this matter.

IT IS FURTHER ORDERED that if either Mr. Goodman or Mr. Sweigert violates this Order, the Court may consider appropriate sanctions; and

IT IS FURTHER ORDERED that any filing in violation of this order will be ordered stricken by the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Goodman at 252 7th Avenue #6s, New York, NY 10001 and to Mr. Sweigert at Mailbox, PMB 13339, 514 Americas Way, Box Elder, SD 57719.

SO ORDERED.

Date: December 6, 2023
New York, New York

_____
VALERIE CAPRONI
United States District Judge