District Judge Valerie Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Via pro se electronic filing

Re: Case No.: 1:20-cv-07269-VEC-OTW
*The National Academy of Television Arts and Sciences, Inc., and Academy of Television Arts & Sciences, v Multimedia System Design, Inc.  D/B/A "Crowdsource the Truth"*

Dec 6, 2023

Dear Judge Caproni,

1. It is hereby certified under penalty of perjury that on December 4, 2023, as Ordered, I filed the Order (Dkt. 156) in the following cases;

   i. Sweigert v Goodman Southern District of Indiana 1:23-cv-01228-JRS-MG **("EXHIBIT A")**

   ii. Sweigert v Goodman Southern District of New York 1:23-cv-05875-JGK (consolidated with 1:23-cv-06881-JGK-VF) **("EXHIBIT B")**

   iii. Goodman v the City of NY Southern District of New York 23-cv-09648-JGLC-GWC **("EXHIBIT C")**

2. The memo endorsement, (Dkt. 192) referred to "the identified case" but I am unsure that I understand this instruction.  The case number for *Sweigert v Goodman* in the Southern District of Indiana is accurate to the best of my understanding.

3. The only case specifically identified in the previous Order (Dkt. 185) was *Goodman v. The City of New York & X Corp. et al,* No. 23-CV-9648.  On December 4, I also filed the Order, (Dkt. 156) in that case and included it in the certification, (Dkt. 191).

4. Despite these orders being unenforceable legal nullities pursuant to FRCP Rule 60(b)(4) and the facts and details in the motion to vacate, (Dkt. 184), and having been issued in violation of my constitutional rights, I have made every effort to comply during the time we await the Second Circuit decision.

5. If this response does not remove any previously existing misunderstanding, I seek further clarification from the Court with regard to the memo endorsement and specifically what the Court requires me to do.

Sworn and Dated: New York, New York December 6, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

**EXHIBIT A**

**1:23-cv-01228-JRS-MG** SWEIGERT v. GOODMAN et al
James R. Sweeney II, presiding
Mario Garcia, referral
**Date filed:** 07/12/2023
**Date of last filing:** 12/04/2023

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* | 07/12/2023 | Complaint |
|   | *Entered:* | 07/13/2023 | |
| 2 | *Filed & Entered:* | 07/13/2023 | Magistrate Judge's Notice of Availability to Exercise Jurisdiction |
| 3 | *Filed & Entered:* | 07/13/2023 | NOTICE to File Rule 7.1 Disclosure Statement |
| 4 | *Filed:* | 08/05/2023 | Notice of Change of Address - Prisoner/Pro Se |
|   | *Entered:* | 08/07/2023 | |
| 5 | *Filed & Entered:* | 08/31/2023 | Notice to Pro se Litigant |
| 6 | *Filed:* | 09/10/2023 | Submission |
|   | *Entered:* | 09/11/2023 | |
| 7 | *Filed & Entered:* | 09/27/2023 | Notice of Deficiency |
| 8 | *Filed:* | 10/01/2023 | Notice of Change of Address - Prisoner/Pro Se |
|   | *Entered:* | 10/03/2023 | |
| 9 | *Filed:* | 10/13/2023 | Mail Returned |
|   | *Entered:* | 10/16/2023 | |
| 10 | *Filed:* | 10/17/2023 | Order |
|   | *Entered:* | 10/18/2023 | |
| 11 | *Filed & Entered:* | 11/09/2023 | Receipt |
| 12 | *Filed:* | 11/09/2023 | Letter |
|   | *Entered:* | 11/13/2023 | |
| 13 | *Filed:* | 11/11/2023 | Amended Complaint |
|   | *Entered:* | 11/13/2023 | |
| 14 | *Filed:* | 11/18/2023 | Submission |
|   | *Entered:* | 11/21/2023 | |
| 15 | *Filed:* | 11/18/2023 | Submission |
|   | *Entered:* | 11/21/2023 | |
| 16 | *Filed & Entered:* | 11/22/2023 | Summons Issued |
| 17 | *Filed & Entered:* | 11/22/2023 | Notice (Other) |
| 18 | *Filed & Entered:* | 11/22/2023 | Motion to Stay |
| 19 | *Filed & Entered:* | 11/22/2023 | Certificate of Service |
| 20 | *Filed:* | 11/22/2023 | Certificate of Service |
|   | *Entered:* | 11/27/2023 | |
| 21 | *Filed:* | 11/23/2023 | Motion (Other) |
|   | *Entered:* | 11/27/2023 | |
| 22 | *Filed & Entered:* | 11/27/2023 | Response in Opposition to Motion |
| 23 | *Filed & Entered:* | 11/27/2023 | Exhibit |
| 24 | *Filed & Entered:* | 11/27/2023 | Certificate of Service |
| 25 | *Filed & Entered:* | 11/28/2023 | Brief/Memorandum in Support |
| 26 | *Filed & Entered:* | 11/28/2023 | Submission |
| 27 | *Filed:* | 11/28/2023 | Submission |
|   | *Entered:* | 11/29/2023 | |
| 28 | *Filed & Entered:* | 11/30/2023 | Motion (Other) |
| 29 | *Filed & Entered:* | 11/30/2023 | Certificate of Service |
| 30 | *Filed:* | 12/04/2023 | Motion (Other) |
|   | *Entered:* | 12/06/2023 | |

### PACER Service Center
**Transaction Receipt**

12/06/2023 19:30:11

| PACER Login: | jasongoodman | Client Code: | |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 1:23-cv-01228-JRS-MG |
| Billable Pages: | 1 | Cost: | 0.10 |

**EXHIBIT B**

**1:23-cv-05875-JGK-VF** Sweigert v. Goodman et al
John G. Koeltl, presiding
Valerie Figueredo, referral
Date filed: 07/04/2023
Date of last filing: 12/05/2023

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed:* *Entered:* | 07/04/2023 07/10/2023 | Case Designated ECF |
| 1 | *Filed:* *Entered:* | 07/04/2023 07/10/2023 | Complaint |
| 2 | *Filed:* *Entered:* | 07/10/2023 07/12/2023 | Request for Issuance of Summons |
| 3 | *Filed:* *Entered:* | 07/15/2023 07/17/2023 | Notice (Other) |
|  | *Filed & Entered:* | 07/27/2023 | Notice of Case Assignment/Reassignment - Sua Sponte |
| 4 | *Filed & Entered:* | 07/27/2023 | Order Directing Payment of Fee or IFP Application |
|  | *Filed & Entered:* | 07/28/2023 | Mailing Receipt |
| 5 | *Filed:* *Entered:* | 08/07/2023 08/09/2023 | Notice (Other) |
| 6 | *Filed:* *Entered:* | 08/12/2023 08/15/2023 | Letter |
| 7 | *Filed:* | 08/23/2023 | Letter |
|  | *Terminated:* | 12/01/2023 |  |
| 12 | *Filed & Entered:* | 12/01/2023 | Order on Motion for Extension of Time to Answer |
| 13 | *Filed & Entered:* | 12/01/2023 | Notice of Appearance |
| 14 | *Filed:* *Entered:* | 12/01/2023 12/04/2023 | Letter |
|  | *Filed & Entered:* | 12/04/2023 | Summons Reissued |
| 15 | *Filed & Entered:* | 12/04/2023 | Notice of Appearance |
| 16 | *Filed & Entered:* | 12/04/2023 | Rule 7.1 Corporate Disclosure Statement |
| 17 | *Filed & Entered:* *Terminated:* | 12/04/2023 12/06/2023 | Motion to Appear Pro Hac Vice |
| 18 | *Filed & Entered:* | 12/04/2023 | Motion to Dismiss |
| 19 | *Filed & Entered:* | 12/04/2023 | Memorandum of Law in Support of Motion |
| 20 | *Filed & Entered:* | 12/04/2023 | Certificate of Service Other |
| 21 | *Filed:* *Entered:* | 12/04/2023 12/05/2023 | Notice (Other) |
|  | *Filed & Entered:* | 12/05/2023 | Mailing Receipt |
|  | *Filed & Entered:* | 12/05/2023 | Notice Regarding Pro Hac Vice Motion |
| 22 | *Filed & Entered:* | 12/06/2023 | Order on Motion to Appear Pro Hac Vice |
| 23 | *Filed & Entered:* | 12/06/2023 | Amended Order Referring Case to Magistrate Judge |

### PACER Service Center

#### Transaction Receipt

12/06/2023 19:34:15

| PACER Login: | jasongoodman | Client Code: |  |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 1:23-cv-09648-JGLC-GWG |
| Billable Pages: | 1 | Cost: | 0.10 |

**1:23-cv-06881-JGK-VF** Sweigert v. Multimedia System Design, Inc. et al
John G. Koeltl, presiding
Valerie Figueredo, referral
Date filed: 08/04/2023
Date of last filing: 12/05/2023

## History

| Doc. No. | Dates | Description |
|---|---|---|
|  | Filed & Entered: 11/08/2022 | Miscellaneous Document |
| 1 | Filed & Entered: 11/08/2022 | Complaint |
| 3 | Filed & Entered: 11/21/2022 | Notice - Miscellaneous |
| 4 | Filed & Entered: 12/28/2022 | Letter |
| 5 | Filed & Entered: 01/03/2023 | Docket Annotation |
| 6 | Filed & Entered: 01/06/2023 | Miscellaneous Document |
| 7 | Filed & Entered: 01/10/2023 | Miscellaneous Document |
| 8 | Filed: 01/11/2023 Entered: 01/12/2023 | Miscellaneous Document |
| 9 | Filed & Entered: 01/18/2023 | Order Reassigning Case |
| 10 | Filed: 01/18/2023 Entered: 01/19/2023 | Letter |
| 11 | Filed & Entered: 01/19/2023 | Letter |
|  | Filed & Entered: 01/23/2023 | Certificate of Service Complaints |
| 12 | Filed & Entered: 01/23/2023 | Amended Complaint |
| 13 | Filed & Entered: 01/23/2023 | Exhibit |
| 14 | Filed & Entered: 01/23/2023 | Order to Show Cause |
| 15 | Filed: 01/23/2023 | Exhibit |
| 65 | Filed: 11/18/2023 Entered: 11/20/2023 | Letter |
| 66 | Filed & Entered: 11/20/2023 | Motion to Consolidate Cases |
|  | Filed & Entered: 11/21/2023 | Mailing Receipt |
| 67 | Filed & Entered: 11/21/2023 | Motion for Reconsideration |
| 68 | Filed & Entered: 11/21/2023 | Memorandum of Law in Support of Motion |
| 69 | Filed: 11/21/2023 Entered: 11/22/2023 | Letter |
| 70 | Filed: 11/21/2023 Entered: 11/22/2023 | Letter |
| 71 | Filed & Entered: 11/22/2023 | Notice (Other) |
| 72 | Filed: 11/22/2023 Entered: 11/27/2023 | Motion to Stay |
| 73 | Filed: 11/22/2023 Entered: 11/27/2023 | Memorandum of Law in Support of Motion |
| 74 | Filed & Entered: 12/01/2023 | Notice (Other) |
| 77 | Filed: 12/04/2023 Entered: 12/06/2023 | Notice (Other) |
| 75 | Filed & Entered: 12/05/2023 | Order on Motion to Consolidate Cases |
| 76 | Filed & Entered: 12/05/2023 | Order on Motion for Reconsideration |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2023 20:46:50 | | | |
| PACER Login: | jasongoodman | Client Code: |  |
| Description: | History/Documents | Search Criteria: | 1:23-cv-06881-JGK-VF |
| Billable Pages: | 3 | Cost: | 0.30 |

**EXHIBIT C**

**1:23-cv-09648-JGLC-GWG** Goodman v. The City of New York et al
Jessica G. L. Clarke, presiding
Gabriel W. Gorenstein, referral
Date filed: 10/31/2023
Date of last filing: 12/06/2023

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | Filed: Entered: | 10/31/2023 11/02/2023 | Case Designated ECF |
| 1 | Filed: Entered: | 10/31/2023 11/02/2023 | Complaint |
|  | Filed & Entered: | 11/02/2023 | Partial Fee Payment - Processed |
| 2 | Filed: Entered: | 11/04/2023 11/06/2023 | Certificate of Service Other |
|  | Filed & Entered: | 11/06/2023 | Notice of Case Assignment/Reassignment |
|  | Filed & Entered: | 11/06/2023 | Case Designation |
|  | Filed: Entered: | 11/07/2023 11/13/2023 | Summons Issued |
| 3 | Filed & Entered: | 11/07/2023 | Order Referring Case to Magistrate Judge |
|  | Filed & Entered: | 11/08/2023 | Mailing Receipt |
| 6 | Filed: Entered: | 11/08/2023 11/09/2023 | Memorandum of Law in Support of Motion |
| 5 | Filed & Entered: Terminated: | 11/09/2023 11/27/2023 | Motion to Strike |
|  | Filed & Entered: | 11/13/2023 | Summons Issued |
| 7 | Filed: Entered: | 11/16/2023 11/17/2023 | Letter |
| 8 | Filed & Entered: | 11/22/2023 | Memo Endorsement |
| 9 | Filed & Entered: | 11/27/2023 | Order on Motion to Strike |
|  | Filed & Entered: | 11/28/2023 | Mailing Receipt |
| 10 | Filed & Entered: | 11/30/2023 | Notice of Appearance |
| 11 | Filed & Entered: Terminated: | 11/30/2023 12/01/2023 | Motion for Extension of Time to File Answer |
| 12 | Filed & Entered: | 12/01/2023 | Order on Motion for Extension of Time to Answer |
| 13 | Filed & Entered: | 12/01/2023 | Notice of Appearance |
| 14 | Filed: Entered: | 12/01/2023 12/04/2023 | Letter |
|  | Filed & Entered: | 12/04/2023 | Summons Reissued |
| 15 | Filed & Entered: | 12/04/2023 | Notice of Appearance |
| 16 | Filed & Entered: | 12/04/2023 | Rule 7.1 Corporate Disclosure Statement |
| 17 | Filed & Entered: Terminated: | 12/04/2023 12/06/2023 | Motion to Appear Pro Hac Vice |
| 18 | Filed & Entered: | 12/04/2023 | Motion to Dismiss |
| 19 | Filed & Entered: | 12/04/2023 | Memorandum of Law in Support of Motion |
| 20 | Filed & Entered: | 12/04/2023 | Certificate of Service Other |
| 21 | Filed: Entered: | 12/04/2023 12/05/2023 | Notice (Other) |
|  | Filed & Entered: | 12/05/2023 | Mailing Receipt |
|  | Filed & Entered: | 12/05/2023 | Notice Regarding Pro Hac Vice Motion |
| 22 | Filed & Entered: | 12/06/2023 | Order on Motion to Appear Pro Hac Vice |
| 23 | Filed & Entered: | 12/06/2023 | Amended Order Referring Case to Magistrate Judge |

**PACER Service Center**

**Transaction Receipt**

12/06/2023 19:34:15

| PACER Login: | jasongoodman | Client Code: | |