UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 12, 2025

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-five,

The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences,

  Plaintiffs-Counter Defendants - Appellees,

Jason Goodman,

  Counter Claimant - Appellant,

v.

Multimedia System Design, Inc.,
DBA Crowdsource the Truth,

  Defendant.

**STATEMENT OF COSTS**

Docket No. 23-7952

  IT IS HEREBY ORDERED that costs are taxed in the amount of $1,255.60 in favor of Appellees The National Academy of Television Arts and Sciences, Inc. and Academy of Television Arts & Sciences.

       For the Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/11/2025